## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**JUANA HERNANDEZ on behalf of**
**NEVAEH MIDREY SERENITY JONES,**

      **Plaintiff,**

**vs.**                                                          **No. CV 10-833 LFG**

**MICHAEL J. ASTRUE,**
**COMMISSIONER OF SSA,**

      **Defendant.**

## ORDER GRANTING APPLICATION TO PROCEED
## IN FORMA PAUPERIS AND DIRECTING SERVICE

THIS MATTER coming before the Court upon Plaintiff's Application To Proceed In Forma Pauperis, the Court having considered the Affidavit and Application, FINDS that the Application is well-taken and should be granted.

IT IS HEREBY ORDERED that Plaintiff's Application to Proceed *In Forma Pauperis* [Doc. 2] is granted, and this action is authorized to proceed without the prepayment of the filing fee, costs, or security therefor.

IT IS FURTHER ORDERED that the United States Marshal shall serve a copy of the Summons and Complaint on the United States Attorney, the Attorney General, and the Office of the General Counsel.

                                                */s/ Lorenzo F. Garcia*
                                                Lorenzo F. Garcia
                                                United States Magistrate Judge